IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 5:13-CR-00058-001 (MTT) |
| **JASON JAMES** | |

## ORDER

On September 15, 2020, the Court approved a Petition for Warrant or Summons for Offender Under Supervision (CM/ECF Doc. #52) and a supervised release violation warrant was issued. It now appearing via a death certificate that the defendant, Jason James, died on August 30, 2021, in Macon, Bibb County, Georgia. As such, it is ordered that the violation petition and warrant dated September 15, 2020 be dismissed and the U.S. Probation Office's supervision of James' case be terminated.

**SO ORDERED** this 15th day of November, 2022.

S/ Marc T. Treadwell

MARC T. TREADWELL
CHIEF U.S. DISTRICT JUDGE

Prepared by: DLC